UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21164-BLOOM/Otazo-Reyes**

CORA D. EUTSAY,

    Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff Cora D. Eutsay's ("Claimaint") Motion for Summary Judgment and Brief in Support of Motion for Summary Judgment ("Claimaint's Motion"), ECF No. [20], and Defendant Kilolo Kijakazi's ("Commissioner") Motion for Summary Judgment with Supporting Memorandum of Law and Opposition to Plaintiff's Motion for Summary Judgment ("Commissioner's Motion), ECF No. [23].[1] ("Motions"). The Motions were previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R"). *See* ECF No. [18]. On May 4, 2022, the Magistrate Judge issued a R&R recommending that Claimant's Motion be denied, Commissioner's Motion be granted, and the Commissioner's decision be affirmed. ECF No. [25]. The R&R advised the parties to file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, the parties have not filed objections, nor have the parties sought additional time in which to do so.

---

[1] Claimant's Reply Brief is at ECF No. [24].

Case No. 21-cv-21164-BLOOM/Otazo-Reyes

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Claimant's Motion must be **DENIED** and Commissioner's Motion must be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [25]**, is **ADOPTED**.

2. Claimant's Motion, **ECF No. [20]**, is **DENIED.**

3. Commissioner's Motion, **ECF No. [23]**, is **GRANTED** and the Administrative Law Judge's decision is **AFFIRMED**.

4. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 19, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record